UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIRST NEW YORK SECURITIES, L.L.C., OMNI PARTNERS LLP, GLAZER CAPITAL MANAGEMENT, LP, GLAZER OFFSHORE FUND, LTD., BROWNSTONE ASSET MANAGEMENT, L.P., and RAVEN CREDIT OPPORTUNITIES MASTER FUND, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED RENTALS, INC., MICHAEL KNEELAND and ROGER SCHWED, <br><br>Defendants. | X : : : : : : : : : : : : : : : : X | CIVIL CASE NO. 3:07-cv-01708 (JCH) <br><br>Date: September 22, 2009 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs First New York Securities, L.L.C., Omni Partners LLP, Glazer Capital Management, LP, Glazer Offshore Fund, Ltd., Brownstone Asset Management, L.P. and Raven Credit Opportunities Master Fund, Ltd. appeal to the United States Court of Appeals for the Second Circuit from a final Judgment entered on August 26, 2009 for the defendants against the plaintiffs and closing the case, pursuant to Ruling and Order entered August 25, 2009 granting defendants' motion to dismiss the Second Consolidated Amended Complaint and refusing to permit any further attempts to replead.

*[signature]*
David A. Slossberg ct13116
Andrew W. Skolnick ct13422
**HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC**
147 North Broad Street, P.O. Box 112
Milford, Connecticut 06460
Tel.: (203) 877-8000
Fax.: (203) 878-9800
DSlossberg@hssklaw.com
ASkolnick@hssklaw.com
**Liaison Counsel for Lead Plaintiffs First New York Securities, L.L.C., Omni Partners LLP and The Class**

Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
Shannon L. Hopkins
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor West
New York, NY 10017
Tel: (212) 894-7200
Fax: (2121) 894-7272

**Lead Counsel for Lead Plaintiffs First New York Securities, L.L.C., Omni Partners LLP and The Class**


Jeffrey S. Abraham
Philip T. Taylor
**ABRAHAM, FRUCTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

**Attorneys for Plaintiffs Glazer Capital Management, LP and Glazer Offshore Fund, Ltd.**


Stephen Lowey
David Harrison
**LOWEY DANNENBERG COHEN, P.C.**
White Plains Plaza, One North Broadway
White Plains, NY 10601-2310
Tel.: (914) 997-0500
Fax.: (914) 997-0035

**Attorneys for Plaintiff Brownstone Asset Management, L.P.**

Salvatore Graziano
Mark Lebovitch
David H. Webber
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 554-1400
Fax.: (212) 554-1444

**Attorneys for Plaintiff Raven Credit Opportunities Master Fund, Ltd.**